

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00732-CR

Michael Angel **SANCHEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7301
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On December 30, 2014, Appellant filed a motion for extension of time requesting an additional ninety days to file his brief. Appellant's motion is GRANTED in part. Appellant's brief is due to be filed in this court no later than January 29, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court